IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00612-JLK

TATE LEISY, individually and on behalf of and as next friend of T.L. Leisy, a minor;
WENDY LEISY, individually and on behalf of and as next friend of T.L. Leisy, a minor; and
T.L. LEISY, a minor, through his parents and next friends Tate Leisy and Wendy Leisy,

    Plaintiffs,

v.

ROSE ART INDUSTRIES, INC., believed to be a New Jersey corporation;
MEGA BRANDS, a foreign corporation;
ABC CORPORATIONS 1-10, believed to be the parent corporation(s) of Rose Art, Inc.;
ABC CORPORATIONS 11-20, believed to be wholly owned subsidiaries of Rose Art, Inc.; and
WAL-MART STORES, INC., believed to be an Arkansas corporation,

    Defendants.
_____

**ORDER**
_____

  The parties shall file a Joint Status Report in this personal injury/products liability action on or before Friday, May 9, 2008.


  Dated April 29, 2008.

            BY THE COURT:
            *s/John L. Kane*
            SENIOR U.S. DISTRICT JUDGE