# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.: 07-cv-00612-JLK

TATE LEISY, individually and on behalf of and as next friend of T.L. Leisy, a minor;
T.L. LEISY, a minor, through his parents and next friends Tate Leisy and Wendy Leisy,

       Plaintiffs,

v.

ROSE ART INDUSTRIES, INC, believed to be a New Jersey corporation;
MEGA BRANDS, a foreign corporation;
ABC CORPORATIONS 1-10, believed to be the parent corporation(s) of Rose Art , Inc.;
ABC CORPORATIONS 11-20, believed to be wholly owned subsidiaries of Rose Art, Inc.; and
WAL-MART STORES, INC., believed to be an Arkansas corporation,

       Defendants.

MEGA BRANDS AMERICA, INC., a New Jersey corporation; and
MEGA BRANDS, INC., a Canadian corporation,

       Third-Party Plaintiffs,

v.

LAWRENCE I. ROSEN;
JEFFREY H. ROSEN; and
SYDNEY I. ROSEN,

       Third-Party Defendants.

## ORDER OF DISMISSAL

This action comes before the Court on the Parties Stipulation of Dismissal With Prejudice As to Third-Party Defendants Lawrence I. Rosen, Jeffrey H. Rosen, and Sydney I. Rosen. Accordingly, with the consent of the Parties, through their attorneys, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

A.      All claims of Third Party Plaintiffs Mega Brands America Inc. and Mega Brands, Inc against Third-Party Defendants Lawrence I. Rosen, Jeffrey H. Rosen, and Sydney I. Rosen are hereby dismissed with prejudice.

B.      Each party to this Order shall bear their own costs and attorneys' fees.

ENTERED this 15th day of December, 2009.

                              BY THE COURT,

                              *s/John L. Kane*
                              JUDGE JOHN L. KANE